# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CR 106-078 |
| RAMON VARGAS LOZANO, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court in the captioned case is Defendant's motion to reconsider the imposition of a fine, seeking deferral of said fine. Upon due consideration, said motion is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE